**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-2076**

───────────

JERRY L. GENT,

                              Plaintiff - Appellant,

          versus

VIRGINIA INTERMONT COLLEGE,

                              Defendant- Appellee,

          and

ANNE SHUMAKER; REBECCA WATSON,

                              Defendants.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.  Norman K. Moon, District Judge.
(CA-97-101-A)

───────────

Submitted:  September 10, 1998      Decided:  September 23, 1998

───────────

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jerry L. Gent, Appellant Pro Se.  Robert Bruce Dickert, WARREN &
DICKERT, Bristol, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders reassigning the case to a different judge, granting one Defendant's motion to dismiss and the remaining Defendants' motion for summary judgment and dismissing his complaint. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gent v. Virginia Intermont College</u>, No. CA-97-101-A (W.D. Va. July 14, 1997 & Feb. 10 & July 9, 1998). We also deny Appellant's motion for a ruling concerning service. Appellant's claims raised on appeal concerning an alleged violation of the Freedom of Information Act and a person not a Defendant in the instant action are not properly before this Court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2